# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-1112**                                    **September Term, 2024**

FCC-SCRP0001013

**Filed On:** July 2, 2025

In re: SI Wireless, LLC,

      Petitioner

      **BEFORE:**    Katsas, Rao, and Walker, Circuit Judges

### O R D E R

Upon consideration of the petition for writ of mandamus, it is

**ORDERED**, on the court's own motion, that respondent the Federal Communications Commission file a response to the mandamus petition, not to exceed 7,800 words, within 30 days of the date of this order.  See D.C. Cir. Rule 21(a). Petitioner may file a reply, not to exceed 3,900 words, within 14 days of the filing of the response.

**Per Curiam**