**No. 25-1112**  **September Term, 2025**

FCC-SCRP0001013

**Filed On:** October 1, 2025

In re: SI Wireless, LLC,

      Petitioner

      **BEFORE:** Millett, Pillard, and Garcia, Circuit Judges

### O R D E R

      Upon consideration of the petition for writ of mandamus, the response thereto, the reply, and the supplement to the reply; the motion for leave to file portions of the response under seal and the opposition thereto; and the motion for leave to file portions of the reply and the supplement under seal, it is

      **ORDERED** that the motions for leave to file under seal be denied. The parties have failed to overcome the "strong presumption in favor of public access to judicial proceedings." Abdelhady v. George Washington Univ., 89 F.4th 955, 958 (D.C. Cir. 2024) (quoting EEOC v. Nat'l Children's Ctr., Inc., 98 F.3d 1406, 1409 (D.C. Cir. 1996)). The Clerk is directed to file the sealed submissions on the public docket. It is

      **FURTHER ORDERED** that the petition for writ of mandamus be denied. Petitioner has failed to establish that it has "no other adequate means to attain" its desired relief. In re Flynn, 973 F.3d 74, 78 (D.C. Cir. 2020) (en banc) (per curiam) (quoting Cheney v. U.S. Dist. Ct. for D.C., 542 U.S. 367, 380 (2004)). On July 11, 2025, Federal Communications Commission ("FCC") staff sent petitioner a letter that the FCC would continue to freeze reimbursement payments. According to the FCC, petitioner can apply to the FCC for relief from that funding freeze and, if the FCC denies relief, can seek judicial review of that denial. See 28 U.S.C. § 2342(1); 47 U.S.C. § 402(a); 47 C.F.R. § 1.115(a). Petitioner has not demonstrated otherwise. We are confident that the FCC will act promptly in resolving any application for review of its letter and in otherwise deciding whether to maintain the funding freeze. Our denial of the mandamus petition is without prejudice to petitioner refiling in the event of significant additional delay.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**<u>Per Curiam</u>**